**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
G:\PRO SE Cases 2007\07-1503 Dismissal Memo.wpd

| | |
|---|---|
| JUAN OROZCO, #97106-079 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. DKC-07-1503 |
| LISA J. HOLLINGSWORTH, et. al | * |
| Defendants. | * |

**MEMORANDUM**

Before the court is a pleading titled "Pro Se Motion for Combined Civil/Human Rights Complaints under 28 U.S.C. §2241, 28 U.S.C. §1331 for Right of Judicial Review of Petitioner's Facts under 5 U.S.C. §702 Due to Medical and Mental Deprivations/Deliberate Indifferences, inter alia(s)," seeking damages.[1] On June 20, 2007, the court granted Plaintiff twenty days to supplement the pleading and file for leave to proceed in forma pauperis. Plaintiff was cautioned that failure to timely provide this information could lead to dismissal of his claims without prejudice.

The twenty-day period for supplementing the motion has passed. The court recognizes that Orozco is a pro se litigant, and has accorded his pleadings liberal construction. *See Gordon v. Leeke*, 574 F.2d 1147, 1153 (4th Cir. 1978). Liberal construction, however, does not mean that the court can ignore a clear failure to allege facts that set forth a claim cognizable in a federal district court. *See Weller v. Dep't of Social Services*, 901 F.2d 387, 390-91 (4th Cir. 1990). Consequently, the motion will be dismissed by separate order.

  August 8, 2007                                    _____/s/_____
                                                    DEBORAH K. CHASANOW
                                                    United States District Judge

---

[1] The court also granted his request for standard forms to assist in supplementing the pleading.